# Exhibit A



# Notice of Service of Process

LDD / ALL
**Transmittal Number: 32055170**
**Date Processed: 08/14/2025**

**Primary Contact:**        Vivian Ching
Amazon.Com, Inc.
440 Terry Ave N
Seattle, WA 98109-5210

**Electronic copy provided to:**        Kimberly Thomas
Theresa Nixon
Lacy O'Block
Lizette Fernandez
Lynn Foley-Jefferson
Maria Catana
Stephanie Habben
Marchand Waldal
Karen Curtis

| | |
|---|---|
| **Entity:** | Amazon.com Services LLC<br>Entity ID Number 2102616 |
| **Entity Served:** | Amazon.Com Services, LLC |
| **Title of Action:** | Topacio Hidalgo vs. Amazon.Com Services, LLC |
| **Matter Name/ID:** | Topacio Hidalgo vs. Amazon.Com Services, LLC (17752152) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Essex County Superior Court, MA |
| **Case/Reference No:** | 2577CV00621 |
| **Jurisdiction Served:** | Massachusetts |
| **Date Served on CSC:** | 08/14/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Law Offices Of Michael F. Mahoney<br>781-599-5001 |
| **Client Requested Information:** | Amazon Case Type: Lawsuit - Product Liability |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| Summons | CIVIL DOCKET NO. 2577CV00621 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: TOPACIO HIDALGO  Plaintiff(s)  VS.  AMAZON SERVICES, LLC AND  AMAZON LOGISTICS, INC  Defendant(s) | Thomas H. Driscoll, Jr.   Clerk of Courts Essex   County |
|---|---|

COURT NAME & ADDRESS: ESSEX COUNTY SUPERIOR COURT - LAWRENCE 43 APPLETON WAY LAWRENCE, MA 01841      4

THIS SUMMONS IS DIRECTED TO  AMAZON LOGISTICS, INC  (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the ESSEX SUPERIOR Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original response** with the Clerk's Office for Civil Business, ESSEX SUPERIOR Court 43 APPLETON WAY, LAWRENCE, MA 01841       (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

   b) Delivering or mailing a copy of your response to the Plaintiff's attorney/Plaintiff at the following address:
ALAN L. CANTOR, ESQ, 152 LYNNWAY, UNIT 1G, LYNN, MA 01902

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

3. (cont.) Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. __Michael D. Ricciuti__ , Chief Justice on _____ , 20____ (Seal)

Clerk: __Thomas H. Driscoll, Jr.__

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS



**Suffolk County Sheriff's Department** · 132 Portland Street, Boston, MA 02114 · (617) 704-6999

*Suffolk, ss.*

**August 14, 2025**

**I hereby certify and return that on 8/14/2025 at 8:30 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, agent and person in charge at the time of service for Amazon Logistics Inc., at 84 State Street Corporation Service Company Boston, MA 02109 . Administrative Fee ($15.00) Attest/Copies ($5.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($15.68) Deputy Expense ($5.00) Basic Service Fee (IH) ($30.00) Total: $71.98**

Deputy Sheriff   Joseph Casey

*Joseph. P. Casey*

_____
*Deputy Sheriff*

Date:

rev. 1/2023

| **Summons** | CIVIL DOCKET NO.<br>2577CV00621 | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br><br>Topacio Hidalgo<br><br><br>vs.<br><br>Amazon.com Services, LLC and<br>Amazon Logistics, Inc. | Plaintiff(s)<br><br><br><br><br>Defendant(s) | Thomas H. Driscoll, Jr.    Clerk of Courts<br>Essex County    County<br>COURT NAME & ADDRESS:<br>Essex County Superior Court - Lawrence<br>43 Appleton Way<br>Lawrence, MA 01841 |

THIS SUMMONS IS DIRECTED TO Amazon.com Services, LLC _____ (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the Essex Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court and mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your signed original response with the Clerk's Office for Civil Business, Essex Superior Court 43 Appleton Way, Lawrence, MA 01841 (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

b) Delivering or mailing a copy of your response to the Plaintiff's attorney/Plaintiff at the following address: Alan L. Cantor, Esq., 152 Lynnway, Unit 1G, Lynn, MA 01902

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Court no more than 10 days after sending your Answer.

3. (cont.) Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti ____, Chief Justice on ____, 20____ (Seal)

Clerk _____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

**August 14, 2025**

I hereby certify and return that on 8/14/2025 at 8:30 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, agent and person in charge at the time of service for Amazon.com Services LLC, at c/o Corporation Service Company 84 State Street Boston, MA 02109 Administrative Fee ($15.00) Attest/Copies ($5.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($15.68) Deputy Expense ($5.00) Basic Service Fee (IH) ($30.00) Total: $71.98

Deputy Sheriff    Joseph Casey

*Joseph P. Casey*

*Deputy Sheriff*

Date:

rev. 1/2023

| **CIVIL ACTION COVER SHEET** | DOCKET NUMBER<br>2577CV00621-D | **Trial Court of Massachusetts**<br>**The Superior Court**    2 |
|---|---|---|

**PLAINTIFF(S):** Topacio Hidalgo

**ADDRESS:** 79 12th Street, Haverhill, Massachusetts 01830

**COUNTY**    Essex

**DEFENDANT(S):** Amazon.Com Services, LLC

Amazon Logistics, Inc.

**ATTORNEY:** Alan L. Cantor, Esq.; Teljan Ali-Gizi, Esq.

**ADDRESS:** 152 Lynnway, Unit 1G, Lynn, MA 01902

**ADDRESS:** 410 Terry Avenue North, Seattle, Washington 98109

410 Terry Avenue North, Seattle, Washington 98109

**BBO:** 072360; 714822

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B05 | Products Liability | A | ☒ YES    ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?
☐ YES    ☒ NO

Is this a class action under Mass. R. Civ. P. 23?
☐ YES    ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................................................................... $ 62,032.05+
2. Total doctor expenses .................................................................................................................. $
3. Total chiropractic expenses ......................................................................................................... $
4. Total physical therapy expenses .................................................................................................. $
5. Total other expenses (describe below) ........................................................................................ $
Subtotal (A): $ 62,032.05+

B. Documented lost wages and compensation to date ........................................................................ $
C. Documented property damages to date ........................................................................................... $
D. Reasonably anticipated future medical and hospital expenses ...................................................... $
E. Reasonably anticipated lost wages ................................................................................................. $
F. Other documented items of damages (describe below) ................................................................... $ 100,000.00
Scarring, disfigurement, pain and suffering

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Severe burns to face, broken right finger

TOTAL (A-F): $ $162,032.05+

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X _____    Date: 6/17/25

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____    Date: 6/17/25

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

## TRANSFER YOUR SELECTION TO THE FACE SHEET

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| | | | ☒ YES     ☐ NO |
| B03 | Motor Vehicle Negligence-Personal Injury | F | |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

## A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
## FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
## MAY RESULT IN DISMISSAL OF THIS ACTION.

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION NO. 2577CV00621-D

TOPACIO HIDALGO                                )
                                               )
              Plaintiff,                       )          **PLAINTIFF CLAIMS**
v.                                             )          **TRIAL BY JURY**
                                               )
AMAZON.COM SERVICES, LLC,                      )
and AMAZON LOGISTICS, INC.                     )
_____Defendants_____                     )

## COMPLAINT

1.  The Plaintiff, Topacio Hidalgo, resides in Haverhill, Essex County, Massachusetts.

2.  The Defendant, Amazon.Com Services, LLC, is a Delaware Corporation with a principal place of business at 410 Terry Avenue North, Seattle, Washington, 98109 but does business in Massachusetts.

3.  The Defendant, Amazon Logistics, Inc., is a Delaware Corporation with a principal place of business at 410 Terry Avenue North, Seattle, Washington, 98109.

4.  This action arises out of Defendants' transaction of business in Massachusetts sufficient to confer jurisdiction under the long-arm statute.

5.  At all times pertinent hereto, the Defendants were engaged in distributing, marketing, selling, testing and providing warnings and instructions for tabletop firepits, including but not limited to the bioethanol fireplace which was purchased by Plaintiff prior to June 25, 2022, and which caused Plaintiff's injuries on June 25, 2022.

6.  On or about June 25, 2022, in Haverhill, MA, while using the firepit which was sold by Defendants, the Plaintiff was refueling the product when the product exploded, causing flames and burning liquid to come in contact with the Plaintiff.

7.  The injuries sustained by the Plaintiff were a direct and proximate result of the negligence of Defendants as follows:

    a.  Defendants negligently inspected, tested, marketed, advertised, sold, and distributed said fire pit.
    b.  Defendants negligently failed to warn or instruct or adequately warn or adequately instruct Plaintiff and other users of said product of its dangerous and defective characteristics, and of the safe and proper method of using said fire pit.

c.  The fire pit was defectively and negligently sold in that it presented a flame jetting hazard while being refueled.

8.  To the extent that there were any warnings or instructions marketed with the product, any such warnings were not adequate to advise the Plaintiff of dangers associated with the product.

9.  Defendants expressly and impliedly warranted to Plaintiff and to the general public that said product was safe, merchantable and fit for its intended purposes and uses. Defendants breached its warranties because said product was unsafe, not of merchantable quality and unfit for its intended uses and purposes. Plaintiff relied on the warranties made by Defendants and Plaintiff sustained injury as the direct and proximate result of the breaches of warranties by Defendants. Due notice has been given Defendants of its breaches of warranty.

10. As a direct and proximate result of the negligence and breach of warranty of Defendants as set forth herein, the Plaintiff was caused to sustain severe and permanent injuries including a severe burn injury. She has had extensive medical care and will require additional future care. Her quality of life has been adversely affected. She does not enjoy life as she did prior to the occurrence.

WHEREFORE, Plaintiff prays judgment against Defendants, together with interest and costs.

**<u>PLAINTIFF CLAIMS TRIAL BY JURY</u>**

The Plaintiff,
By Her Attorneys,

 _/s/ Teljan Ali-Gizi_
Alan L. Cantor, Esq.
BBO# 072360
Teljan Ali-Gizi, Esq.
BBO# 714822
Law Offices of Michael F. Mahoney
152 Lynnway, Unit 1G
Lynn, MA 01902
781-599-5001

Date: June 11, 2025